UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
Anthony Smith, on behalf of himself     Civil Action No. 2:20–CV–12731–JMV–MF
and all others similarly situated,

                  Plaintiffs,

    v.

Midland Credit Management, Inc.

                  Defendant.
-------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Anthony Smith, hereby provides notice that the above-captioned action is voluntarily dismissed with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members, and without attorneys' fees and costs.

Dated: Floral Park, New York
         January 22, 2021

                                        Law Offices of Gus Michael Farinella PC

                                        **By: /s/ Ryan Gentile**
                                        Ryan Gentile, Esq.
                                        110 Jericho Turnpike, Suite 100
                                        Floral Park, New York 11001
                                        Telephone: (201) 873-7675
                                        E-mail: rlg@lawgmf.com
                                        *Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 1/25/2021